POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R Manning Jr.                       SBN: 223381<br>Manning Law, APC<br>20062 S W Birch St., Suite 200<br>NEWPORT BEACH, CA 92660-8860<br>    TELEPHONE NO.: 949-200-8755     FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*: info@manninglawoffice.com<br>    ATTORNEY FOR *(Name)*: Carmen John Perri | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>   STREET ADDRESS:<br>   MAILING ADDRESS:<br>   CITY AND ZIP CODE:<br>   BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: CARMEN JOHN PERRI<br>DEFENDANT/RESPONDENT: Mickel Wrigley, LLC | CASE NUMBER:<br>2:20-cv-02214-PA-RAO |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Certificate and Notice of interested parties, Notice of Assignment, Notice to Parties of ADA Disability Access Litigation, Standing Order, Order Returning case for Reassignment
3. a. Party served *(specify name of party as shown on documents served)*:
   WRIGLEY PARTNERS, LLC, a Delaware limited liability company

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Michael Moore with Paracorp Incorporated (agent for service) - authorized to accept service
4. Address where the party was served: 2140 S Dupont Hwy, Camden, DE 19934
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: 3/18/20   (2) at *(time)*: 12:14 pm
   b. [ ] **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

       (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>Westlaw Doc & Form Builder |

| PLAINTIFF/PETITIONER: CARMEN JOHN PERRI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Mickel Wrigley, LLC | 2:20-cv-02214-PA-RAO |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:  (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: WRIGLEY PARTNERS, LLC, a Delaware limited liability company
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☒ 416.90 (authorized person)
      ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   a. Name: Angela Lee
   b. Address: 1800 Diagonal Rd., Suite 600, Alexandria, VA 22314
   c. Telephone number: 202-372-7466
   d. **The fee** for service was: $75.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 3/23/2020

Angela Lee  ▶ *(signature)* Angela Lee
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         (SIGNATURE)