JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, | CV 20-2214 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICKEL WRIGLEY, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's June 17, 2020 Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: June 17, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE